# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

Timothy Gabbard

FILED
MAR 18 2020
US DISTRICT COURT
NEW ALBANY DIVISION

vs

(Full name of defendant(s))

Sheriff Asher

Lt. Christmas

Deputy Miller

Case Number:

1:20-cv-906 SEB-TAB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _____ (State), and is located at

_____
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
(Name)

Complaint - 1

(Full Name of Defendants)

Deputy Clark
Deputy Jones
Deputy Dismukes
Deputy Spann #1
Deputy Spann #2
Deputy Penrod
Deputy Hintz
Deputy Newby
Deputy Childers
Deputy Grimm
Deputy Swick
Deputy Peterson

2. Defendant Asher worked for Howard county Jail, 1800 W. Markland, Kokomo, IN 46901
Defendant Christmas worked for Howard county Jail, 1800 W. Markland, Kokomo, IN 46901
Deputy Miller worked for Howard county Jail, 1800 W. Markland, Kokomo, IN 46901
Deputy Clark worked for HCJ, 1800 W. Markland, Kokomo, IN 46901
Deputy Tomes worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Dismukes worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Spann #1 worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Spann #2 worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Penrod worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Hintz worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Newby worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Childers worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Grimm worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Swick worked for HCJ, 1800 W Markland, Kokomo, IN 46901
Deputy Peterson worked for HCJ, 1800 W Markland, Kokomo, IN 46901

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Howard county jail, Kokomo, IN 46901_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Around 2-15-20 Plaintiff got his jaw broken in the Howard county jail. On 3-5-20 Plaintiff was prescribed medicine for pain. On each day from 3-5-20 until 3-11-20 Defendants Miller, Clark, Tomes, Dismukes, Spann #1, Spann #2, Penrod, Hintz, Newby, Childers, Grimm, Swick, and Peterson denied Plaintiff his medicine and when the Defendants were informed of the Doctors orders for medicine they ignored all requests. Defendants Asher and Christmas allowed their deputys to do so because they believe inmates shouldnt have any rights and

Complaint - 2

they think they are above the law.

C.     JURISDICTION

      [X]     I am suing for a violation of federal law under 28 U.S.C. § 1331.
                       OR

      [ ]     I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want to be monetarily compensated for the continuous pain I was subjected to. I want Defendants Asher, Christmas, and Spann #1 demoted. I want Deputys Miller, Clark, Peterson, Dismukes, and Hintz fired. I want the rest of the Deputys/Defendants educated on inmate rights and proper procedure