Timothy Gabbard
1800 W. Markland Ave
Kokomo IN 46901

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
MAR 18 2020
LAURA A. BRIGGS

HOWARD COUNTY JAIL
INMATE CORRESPONDENCE

The office of The
Clerk of the U.S. District court
121 W. Spring Street Room 210
New Albany, IN 47150